

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2018

No. 04-16-00755-CV

**IN THE ESTATE OF AMINITA PEREZ-MUZZA, DECEASED**,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2007PB7000089 L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The court has considered the appellant's motion for rehearing en banc, and the motion is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court